No. 26-1027

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| MICHELLE KIDD, *et al.*, | ) Appeal from the United States |
| | ) District Court for the Northern |
| Plaintiffs-Appellees, | ) District of Illinois, Eastern |
| | ) Division |
| v. | ) |
| | ) No. 1:22-cv-07061 |
| MARIA PAPPAS, in her capacity as Treasurer of | ) |
| Cook County, Illinois, and Trustee of the | ) The Honorable |
| Indemnity Fund, | ) MATTHEW F. KENNELLY, |
| | )  Judge Presiding |
| | ) |
| | ) |
| Defendant-Appellant. | ) |
| | ) |

## MOTION FOR EXTENSION OF TIME

Defendant-appellant Maria Pappas hereby moves to extend the time in which to file her opening brief in this matter from May 15, 2026, to June 15, 2026. A declaration in support of this motion is attached.

Respectfully submitted,

EILEEN O'NEILL BURKE
State's Attorney of Cook County

By:    s/ Jonathon D. Byrer
Jonathon D. Byrer
Supervisor, Civil Appeals
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-4366
jonathon.byrer@cookcountysao.org

# DECLARATION

I, JONATHON D. BYRER, state that I am Supervisor of Civil Appeals at the Cook County State's Attorney's Office and have knowledge of the following:

1.      I am counsel of record for the appellant in this matter, and the attorney primarily responsible for preparing our opening brief.  Our brief is currently due on May 15, 2026.  This is our fourth request for an extension of time in which to file our brief.

2.      As explained in my previous motion, I was assigned primary responsibility for briefing this case on April 2, 2026, and was unable to complete a draft of our opening brief by the deadline in place at the time of that assignment.  In the time since, I have made this matter my top priority and have completed an initial draft, which has been submitted for internal supervisory/executive review. Such review is required under State's Attorney's Office internal policy, which prohibits the filing of briefs with this court until they have been reviewed and approved for filing by the relevant subject-matter supervisor, the Chief of the Civil Actions Bureau, and the State's Attorney's executive staff in cases of particular significance.

3.      Despite my best efforts, I was unable to complete a draft of our brief in time for this required review to be completed by the current deadline.  This case involves matters of real-estate taxation, but our Supervisor of Real Estate Tax Litigation is currently out of the country on a long-planned vacation, and will not return until May 13, 2026.  Even were he able to complete his review before our current due date, the Chief of the Civil Actions Bureau would not be able to complete her review by that time.  Moreover, given the extraordinary significance of this case – a class action requesting hundreds of millions of dollars in damages, and raising serious questions about the administration of Illinois' tax-sale system – I anticipate that our brief will require additional executive review. It will not be possible to complete this extensive review by our brief's current deadline.

4.      For these reasons, we respectfully request an extension of time, to June 15, 2026, to file our opening brief in this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed May 8, 2026.

s/ Jonathon D. Byrer
JONATHON D. BYRER, Attorney

**CERTIFICATE OF SERVICE**

The foregoing motion for extension of time has been electronically filed on May 8, 2026. I certify that I have caused the foregoing motion for extension of time to be served on all counsel of record via CM/ECF electronic notice on May 8, 2026.

s/ Jonathon D. Byrer
Jonathon D. Byrer