No. 26-1027

## IN THE
## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

MICHELLE KIDD, et al.,
*Plaintiffs-Appellees*,

v.

MARIA PAPPAS, in her capacity as Treasurer of Cook County, Illinois, and
Trustee of the Indemnity Fund,
*Defendant-Appellant*.

Appeal from the United States District Court
for the Northern District of Illinois, Eastern Division
No. 1:22-cv-07061, Hon. Matthew F. Kennelly, Judge Presiding

## APPELLEES MICHELLE KIDD, GOYCE H. RATES, SOUTHWEST ORGANIZING PROJECT, AND PALENQUE LSNAS' UNOPPOSED MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE BRIEF ON APPEAL

Pursuant to Federal Rule of Appellate Procedure 27 and Seventh Circuit Rule 26, Appellees Michelle Kidd, Goyce H. Rates, Southwest Organizing Project, and Palenque LSNA (collectively, "Appellees") respectfully request that this Court grant this motion for a 30-day extension of time—from July 15, 2026 to August 14, 2026—for the filing and service of the Appellees' brief.

1. On January 1, 2026, Appellant Maria Pappas ("Treasurer Pappas") filed a notice of appeal (Doc. 202) from the district court's December 8, 2025 opinion and order denying Treasurer Pappas's motion for summary judgment and partially granting and partially denying Plaintiffs' motion for summary judgment. (Doc. 198)

2. On January 8, 2026, this Court entered a briefing order whereby Treasurer Pappas's opening brief would be due on or before February 17, 2026. (7th Cir. Doc. 1)

3. Treasurer Pappas filed four unopposed motions to extend the time to file her opening brief, each of which this Court granted. (7th Cir. Docs. 6, 7, 9, 10, 12, 13, 14, 15)

4. Treasurer Pappas filed her opening brief on June 15, 2026. (7th Cir. Doc 17)

5. Appellees seek a 30-day extension of time to file the Appellees' brief. Good cause supports this request for the following reasons.

6. First, as Treasurer Pappas acknowledged in her own motions for extension of time, this is a case of significant public importance.

7. Second, Treasurer Pappas's opening brief raises numerous, complex arguments that were not briefed in the district court. For the first time, Treasurer Pappas argues that the underlying lawsuit is barred by comity principles and that the *Rooker-Feldman* doctrine required the district court to abstain from exercising jurisdiction. Setting aside whether these arguments are properly presented for the first time on appeal, Appellees require additional time to research and fully respond to them on the merits. The requested 30-day extension is necessary to permit that effort.

8. Third, reflecting the time needed to address the issues in this case, Treasurer Pappas received four separate 30-day extensions to file her Appellant's brief. This is Appellees' first request for an extension of time.

9. Oral argument has not been scheduled, and no parties will be unfairly prejudiced by this requested extension of time.

10. Counsel for Treasurer Pappas has represented that Treasurer Pappas does not oppose Appellees' request for an extension.

WHEREFORE, Appellees respectfully request that this Court grant Appellees' motion for a 30-day extension of time—to August 14, 2026—to file the Appellees' brief.

Dated:  July 1, 2026

Respectfully submitted,

*/s/ M. Patrick Yingling*

Brian D. Roche
M. Patrick Yingling
REED SMITH LLP
10 S. Wacker Dr., 40th Fl.
Chicago, IL 60606
Tel: (312) 207-1000
broche@reedsmith.com
mpyingling@reedsmith.com
*Counsel for Appellees*

# CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the requirements of Federal Rule of Appellate Procedure 27. It includes proportional spaced 14-point Palatino Linotype font and 411 words.

/s/ *M. Patrick Yingling*

M. Patrick Yingling

# CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *M. Patrick Yingling*

M. Patrick Yingling

No. 26-1027

# IN THE
# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

MICHELLE KIDD, et al.,
*Plaintiffs-Appellees*,

v.

MARIA PAPPAS, in her capacity as Treasurer of Cook County, Illinois, and
Trustee of the Indemnity Fund,
*Defendant-Appellant*.

Appeal from the United States District Court
for the Northern District of Illinois, Eastern Division
No. 1:22-cv-07061, Hon. Matthew F. Kennelly, Judge Presiding

I, M. Patrick Yingling, declare:

1.      I am an attorney and a partner with Reed Smith LLP, counsel of record for Appellees Michelle Kidd, Goyce H. Rates, Southwest Organizing Project, and Palenque LSNA (collectively, "Appellees"). I am admitted to practice before this Court. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could competently testify to them.

2.      This is Appellees' first request for an extension of time in this appeal.

1

3.     Appellees' brief is currently due to be filed on or before July 15, 2026.

4.     Through the accompanying motion, Appellees respectfully request a 30-day extension of time to file their brief, which would make their brief due on or before August 14, 2026.

5.     Good cause exists for this request. Appellees' counsel requires additional time to research and brief thoroughly the complex and consequential legal issues raised in this matter of significant public importance, including several arguments raised for the first time on appeal.

6.     Counsel for Appellees has conferred with counsel for Appellant, who stated that Appellant does not oppose the requested 30-day extension of time.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

 Dated:  July 1, 2026

/s/ M. Patrick Yingling
M. Patrick Yingling