# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 18, 2026

*By the Court:*

| | |
|---|---|
| No. 26-1027 | MICHELLE KIDD, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>MARIA PAPPAS, in her capacity as Treasurer of Cook County, Illinois, and Trustee of the Indemnity Fund;,<br>Defendant - Appellant |

| **Originating Case Information:** |
|---|
| District Court No: 1:22-cv-07061<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly |

A review of the brief of appellees reveals that appellees have not complied with the requirements of Circuit Rule 28(b). That rule requires an appellee to provide a Jurisdictional Statement section in its brief and for it to state explicitly whether or not the jurisdictional summary in an appellant's brief is "complete and correct." If it is not, the appellee must provide a "complete jurisdictional summary."

Appellees' statement asserts that appellant's jurisdictional statement is not complete and correct, and appellees provide a jurisdictional summary, but it too is not complete and correct. Rule 28(a)(4) of the Federal Rules of Appellate Procedure requires, in part, that a jurisdictional statement include "(A) the basis for the district court's or agency's subject-matter jurisdiction, with citations to applicable statutory provisions and stating relevant facts establishing jurisdiction; [and] (C) the filing dates establishing the timeliness of the appeal or petition for review." Appellees' statement asserts that the district court's jurisdiction is based on a federal question but fails to set forth the federal statute or constitutional provision involved in this case. *See* Cir. R. 28(a)(1). And appellees' statement fails to identify the date the district court entered the order being appealed. Cir. R. 28(a)(2)(i). Accordingly,

**IT IS ORDERED** that appellees shall file an amended jurisdictional statement on or before September 25, 2026, that provides the omitted information noted above and otherwise complies with the requirements of Circuit Rule 28(b), and if appellant's jurisdictional statement is not both complete and correct, Circuit Rule 28(a) also.

**IT IS FURTHER ORDERED** that the clerk of this court shall **DISTRIBUTE**, along with the briefs in this appeal, copies of this order and appellees' amended jurisdictional statement to the assigned merits panel.

form name: **c7_Order_BTC** (form ID: **178**)